JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ADKINS, | Case No. CV12-9204 JGB (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| LINDA SANDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: 3/12/13

JS - 6

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE